UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS J EPPERSON,<br><br>Plaintiff,<br><br>v.<br><br>KENTUCKY,<br><br>Defendants. | Case No. 1:26-cv-06269-JLT-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br><u>TWENTY-ONE DAY DEADLINE</u> |

On August 7, 2026, Plaintiff Chris J Epperson ("Plaintiff"), filed this action asserting claims against Kentucky. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Yet Plaintiff's application is insufficient for the court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff has not identified any form of income whatsoever, not even state or federal assistance. (*Id.* at 1.) Plaintiff filled all the blanks with "$0.00," "N/A," or "No," suggesting he has no assets and no income or support of any kind. (*Id.* at 2.) Plaintiff is reminded that upon signing the application he is asserting the information provided is true and correct under penalty of perjury. The court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.

Accordingly, the court will order Plaintiff to complete and file an application to proceed

in district court without prepaying fees or costs (long form) – AO 239. Plaintiff is instructed not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that he intends to leave blank. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The clerk of the court is directed to forward an application to proceed in district court without prepaying fees or costs (long form) – AO 239 to Plaintiff;

2 Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed application to proceed in district court without prepaying fees or costs (long form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated: **August 14, 2026**

UNITED STATES MAGISTRATE JUDGE