UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS J EPPERSON,<br>Plaintiff,<br>v.<br>KENTUCKY,<br>Defendant. | Case No. 1:26-cv-06269-JLT-FJS<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>FOURTEEN-DAY (14) DEADLINE |

On August 7, 2026, Plaintiff Chris J Epperson ("Plaintiff"), proceeding *pro se*, filed suit against the State of Kentucky. (ECF No. 1.) That same day Plaintiff also filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

On August 14, 2026, the court screened Plaintiff's application to proceed *in forma pauperis* and found that it was unable to determine whether Plaintiff was entitled to proceed without prepayment of fees. (ECF No. 3.) Thus, the court ordered Plaintiff to fill out and return a "long form" application within twenty-one days. (*Id.*) Furthermore, the court admonished Plaintiff that failure to comply with the August 14, 2026, order may result in dismissal of the action. (*Id.*) The deadline has passed, and Plaintiff has failed to file an application or other filing on the docket.

Accordingly, Plaintiff shall be ordered to show cause in writing why the action should not be reassigned to a district judge with a recommendation that this action be dismissed. Given that Plaintiff is proceeding without counsel, the court will also allow Plaintiff a final opportunity

to fill out and return a "long form" application within fourteen days of receiving this order, which the court will duly consider.

It is HEREBY ORDERED that:

1. Within fourteen (14) days from the date of service of this order Plaintiff shall show cause in writing why the action should not be reassigned to a district judge with a recommendation that this matter be dismissed;
2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;
3. Within fourteen (14) days from the date of service of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and
4. Failure to comply with this order will result in the issuance of a recommendation to dismiss this action.

IT IS SO ORDERED.

Dated: **October 19, 2026**

UNITED STATES MAGISTRATE JUDGE